UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE JONES, | Case No.: 3:10-cv-00225-JSW |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT |
| RASH CURTIS & ASSOCIATES, | |
| Defendant. | |

Counsel report that they have met and conferred regarding Plaintiff seeking leave to file first amended complaint and have reached the following stipulation pursuant to Civil L.R. 7-12: The parties agree to Plaintiff filing first amended complaint.

Dated:  June 16, 2010            /s/ Ryan Lee
                                 Attorney for Plaintiff

Dated:  June 16, 2010            /s/ Brandon L. Reeves
                                 Attorney for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED:** June 16, 2010         _____
                                 Honorable Judge Jeffrey S. White

- 1 -

**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT**