UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MICHELE JONES,<br>           Plaintiff, | No. C 10-0225 JSW ENE |
| v.<br>RASH CURTIS & ASSOCIATES,<br>           Defendants.<br>_____/ | **ORDER GRANTING REQUEST TO EXCUSE DEFENDANT RASH CURTIS & ASSOCIATES' INSURANCE CARRIER REPRESENTATIVE FROM PERSONALLY ATTENDING THE ENE** |
| | Date:       July 8, 2010<br>Evaluator:  George Harris |

Before the court is a request to excuse defendant Rash Curtis & Associates's insurance carrier representative, Dave Haggarty, from personally attending the July 8, 2010 ENE. Good cause appearing, the request is GRANTED. Mr. Haggarty shall be available to participate telephonically in the ENE at all times in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

June 25, 2010                    By:          *Elizabeth D. Laporte*
Dated                                              Elizabeth D. Laporte
                                                         United States Magistrate Judge