**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELE JONES,

    Plaintiff,

    v.

RASH CURTIS & ASSOCIATES,

    Defendant.

No. C 10-00225 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    This matter is set for a hearing on September 10, 2010 on Plaintiff's motion for lerave to file a second amended complaint.  The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than August 16, 2010 and a reply brief shall be filed by no later than August 23, 2010.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: August 2, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE