1  Andrew M. Steinheimer – 200524
   Brandon L. Reeves - 242897
2  ELLIS, LAVOIE POIRIER,
      STEINHEIMER & MCGEE, LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA 95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5  asteinheimer@ellislawgrp.com
   breeves@ellislawgrp.com
6
   Attorneys for Defendant RASH CURTIS & ASSOCIATES
7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  MICHELE JONES, | Case No.: 3:10-cv-00225-JSW |
| 13       Plaintiff, | **DECLARATION OF BOB KEITH IN SUPPORT OF DEFENDANT'S MOTION** |
| 14  v. | **FOR SUMMARY JUDGMENT** |
| 15  RASH CURTIS & ASSOCIATES, | Date: January 7, 2010 |
| 16       Defendant. | Time: 9:00 a.m.<br>Dept.: 11, 19th Floor |
| 17 | Judge: Hon. Jeffrey S. White |
| 18 | Discovery Cutoff: August 23, 2010<br>Trial: April 11, 2011 |

19

20  I, Bob Keith, declare that:

21       1.      I am the Executive Vice President in charge of the legal department at Rash Curtis &

22  Associates. I am authorized to make this declaration on behalf of Rash Curtis. The matters stated

23  below are based on my own personal knowledge and if called upon I could and would competently

24  testify thereto.

25       2.      Rash Curtis is a debt collection agency located with its principal place of business in

26  Vacaville, California.

27       3.      Rash Curtis keeps an electronic record of all activity on its accounts. Rash Curtis

28  employees are trained to record each communication or attempt at communication with a debtor. The

- 1 -

1 collection log, or collection notes, detail such communications and attempts. The entries are made at
2 the time of the activity by the employee engaged in the activity. Additionally, some notes are
3 automatically generated by the telephone dialing system to document the call attempts by the dialing
4 service. It is Rash Curtis' practice and policy to download the call record from the dialing service into
5 the collection log each day.

6     4.    The collection notes set forth the date and time of the activity as well as a short
7 description of the activity. The date and time are automatically entered by the system. The description
8 is entered by the employee using an action code or by typing in the description. Rash Curtis
9 employees are unable to alter or delete entries after the date on which the entry is made.

10     5.    Since 2004, Rash Curtis has been referred 11 separate accounts pertaining to Ms. Jones.
11 The latest account was referred on April 2, 2010. Rash Curtis has been referred the following
12 accounts:

13     Children's Hospital of Oakland – ER -- $155, assigned August 5, 2004

14     A&A Jewelers -- $6326.83, assigned March 18, 2005

15     Children's Hospital of Oakland -- $188, assigned January 17, 2008

16     Doctors Medical Center -- $49.99, assigned March 20, 2008

17     RCA-Diamond Center -- $641.21, assigned September 26, 2008

18     Doctors Medical Center -- $49.99, assigned May 23, 2008

19     Doctors Medical Center -- $2,480, assigned April 20, 2009

20     Doctors Medical Center -- $100, assigned August 17, 2009

21     Doctors Medical Center -- $100, assigned December 1, 2009

22     Cardiovascular Consultants -- $35 Assigned January 30, 2010

23     Doctors Medical Center -- $173.46, assigned April 2, 2010

24     When Rash Curtis is referred an account, it sends an initial letter to the debtor informing the
25 debtor that Rash Curtis has been asked to collect the debt and requesting that the debtor contact Rash
26 Curtis. Rash Curtis sent Ms. Jones letters for each account that was referred to Rash Curtis. Ms. Jones
27 did not respond to any of the letters sent in 2008, 2009 or 2010.

28     6.    Some of the accounts have been grouped together in Rash Curtis' computer system

- 2 -

1  under a Master Account Header. There are three Master Account Headers for Ms. Jones set up in Rash
2  Curtis' computer system. One Master Account Header covers the A&A Jewelers account and the RCA
3  Diamond Center account. A copy of Rash Curtis' collection log pertaining to this Master Account
4  Header is attached hereto as **Exhibit A**.

5      7.     A second Master Account Header covers the Doctors Medical Center debts referred on
6  March 20, 2008 and May 23, 2008. A copy of Rash Curtis' collection log pertaining to this Master
7  Account Header is attached hereto as **Exhibit B**.

8      8.     A third Master Account Header covers the Children's Hospital debts, the remaining
9  Doctors Medical Center debts and the debt owed to Cardiovascular Consultants. A copy of Rash
10  Curtis' collection log pertaining to this Master Account Header is attached hereto as **Exhibit C**.

11      9.     In April 2007 Rash Curtis obtained a judgment against Ms. Jones for the A&A Jewelers
12  debt. Rash Curtis has made various attempts to enforce this judgment, including beginning wage
13  garnishment proceedings.

14      10.    I have reviewed all of Rash Curtis' collection notes pertaining to plaintiff Michele
15  Jones.

16      11.    According to the collection notes, Rash Curtis placed approximately 175 telephone calls
17  to attempt to reach Ms. Jones from January 2009 through January 2010. A number of these calls were
18  placed to Ms. Jones cell phone (510-860-0867). In its attempts to reach Ms. Jones, Rash Curtis called
19  other telephone numbers as well. Rash Curtis called 510-235-3359, 510-682-6777, 925-756-7208,
20  415-724-4534, 510-472-4952, 510-233-0941, 510-559-1400. These telephone numbers were either
21  provided to Rash Curtis by its clients (the creditors) or obtained through skip-trace efforts. The
22  majority of these telephone calls were placed by an automated system which requested that the person
23  called (e.g. Ms. Jones) press 1 to be connected with a representative of Rash Curtis. On most
24  occasions, Ms. Jones either did not answer or did not press 1 and therefore was never connected to
25  Rash Curtis. Where the collection notes indicated "PHONE ANSWERED NO LINKBACK" it means
26  that the person that answered the telephone did not press 1 and was not connected to Rash Curtis. On
27  these occasions there would be no message left. Where the notes indicate "PHNED NUM NML" it
28  means that no message was left for Ms. Jones.

DECLARATION OF BOB KEITH IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1     12.     As confirmed by the collection log, Rash Curtis would not always leave a message for
2   Ms. Jones. It is Rash Curtis' policy and procedure to leave at most one message in any one day on any
3   specific telephone number.

4     13.     On occasion, Rash Curtis would call the same number more than once in a day. This
5   was done in an attempt to find a time in which Ms. Jones would actually answer the call. This is not
6   unusual as Rash Curtis will attempt to call a consumer more than once in the same day in the hopes of
7   finding a time when the consumer is at home or can answer their phone.

8     14.     The collection notes also indicate the time of the call. On some occasions, the notes
9   indicate two calls to the same number on the same day at the same time. For example on **Exhibit C**,
10  there are two entries for a call to 510-682-6777 on 4/27/09 at 16:24. This is a duplication caused by
11  downloading the information from the dialing service twice. It does not indicate that two calls were
12  made to that number during that same minute. The same is true for any other such duplications
13  throughout **Exhibits A, B and C**.

14    15.     Rash Curtis actually spoke with Ms. Jones in April and May of 2009. See **Exhibit B**.
15  On these occasions Ms. Jones indicated that she would attempt to pay one of the Doctors Medical
16  Center debts. Ms. Jones did not pay the debt and did not return or answer Rash Curtis' subsequent
17  telephone calls.

18    16.     Ms. Jones never asked Rash Curtis to stop calling her. Ms. Jones never told Rash Curtis
19  that she could not receive calls during any certain hours or that calls during work hours were
20  inconvenient. By and large, Ms. Jones simply ignored all of Rash Curtis' attempts to reach her in
21  2009.

22    17.     Rash Curtis was not told by any employer of Ms. Jones that Ms. Jones could not receive
23  calls during work hours or that she could not receive calls at work.

24    18.     The number of call attempts to Ms. Jones fit within the normal parameters of calls to a
25  consumer by Rash Curtis. This is particularly true given the number of accounts that were referred to
26  Rash Curtis and the fact that the accounts were referred by different creditor/clients. Rash Curtis is
27  obligated to attempt to reach Ms. Jones on behalf of all of its creditor/clients and when referred new
28  accounts, must make attempts to reach Ms. Jones. In this instance, Rash Curtis was having difficulty

- 4 -

1  reaching Ms. Jones and therefore attempted to call at different times during the day and sometimes a

2  few days in a row in an attempt to reach her.  The calls were not made with the intention of abusing,

3  harassing, or oppressing Ms. Jones.

4      19.    Rash Curtis does not place telephone calls from numbers that have caller-id blocked.

5  Rash Curtis does not place telephone calls from numbers that indicate that the call is from a "private"

6  number.

7      I declare under penalty of perjury under the laws of the State of California that the foregoing is

8  true and correct to the best of my knowledge.

9  Dated: November 29, 2010

10                          By _____
                               Bob Keith

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF BOB KEITH IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT



RASH CURTIS AND ASSOCIATES
DEBTOR ACCOUNT HISTORY          APR 16, 2010

---------------------------------------------------------------------------------

       MASTER RECORD:

    NAME: JONES, MICHELE Y                    SPOUSE: SINGLE
    1ADD: PO BOX 2067            BAD ADD: H
    2ADD:                        BUSINESS: N
    CITY: EL CERRITO             ST ZIP: CA 94530-5067
    PHONE: 9257567208            S.S.N.:
    LIC NO: ███████ DOB ██████   EMPLOY: IN RICHMOND.
      REM: JOHN MUIR CHARTER SCHOOL
      REM:                            5108600867 CELL

                        \              ▲CTIONS          /

RC - 000011

```
------------------------------------ HISTORY ----------------------------
SK041405:14:58  1ST ALERT D CODE= Moved With Forward Address MV TYPE= F MV
                DATE 0312
N*060205:01:20  REQUESTED: ACCURINT Person Search
06062205:10:59  REQUESTED: ONLINE Experian Credit File
06062205:11:00  CHKD CBR 8600 PD NF
06062205:13:18  IC ADV WLL SIF FOR $5089.00 OR DP OF 2224.00 ADV WLL VER POE
                SD WCB7938 NF
06062905:10:41  CR LMOM 7938 NF
06070805:11:53  CHKD CBR 8500 PD NF
06070805:11:53  CR UNABLE TO LV MESS 7938 NF
06070905:10:25  IC SD SUE HER ADV OK NF
06071805:15:40  CR LMOM 7938 NF
M*100505:16:18  REQUESTED Transunion Collection Prioritization TRS Report
M*110505:11:14  REQUESTED Transunion Collection Prioritization TRS Report
SK011906:13:37  1ST ALERT ACS D CODE= Moved With Forward Address MV TYPE= I MV
                DATE 0510
06020806:12:28  CR LMOM NF
06020806:12:28  REQUESTED: ONLINE Experian Credit File
06020806:12:29  CHKD CBR 8800 PD LOTS OF STU LOANS NF
06030206:13:47  CR LMOM NF
GC040506:17:40  5108600867-BUSY
94042006:11:23  TT MRS AT RES SD SHE ONLY WRKS PART TIME CAN DO $75 A MNTH ON
                ACCT STARTING NEXT MONTH. SNT LTR 303 LS
GC063006:14:18  5108600867-PHONE ANSWERD
94070706:13:13  REV ACCT SNT LTR 342 LS
04071106:15:52  MRS CID/5108600867 TRSF TO 2003
94071106:15:54  MRS CI SD SHE WANTS HER LTR SO SHE CAN START HER $75 A MNTH.
                UPDATED HEADER WITH NEW ADD SO CAN GO DIRECTLY TO HER LS
GC073106:11:14  5108600867-PRES GOT MCHNE HUP NML
94080906:14:44  REV ACCT SNT LTR 347 LS
94090106:11:43  REV ACCT SNT LTR 303 LS
10091506:09:03  CLL IN CID 510 262 0672 TRANS TO COL JSW
10091506:09:08  REQUESTED: ONLINE Experian Credit File
10091506:09:15  MRS SMLL CC HAS STUDENT LOANS TYING TO DISPT, SHE DNT WNT TO
                ACCEPT ANY RESP, MRS IS COMPLAIN WE DNT HAVE A PPA LETTER TO
                CATER TO HER $75 A MONTH TLD HER SHE CNT EVEN PAY THT NULL AN
                VOID NEVER SNT A PYAMNT OFFERRED FIRST IN APRIL THEN AGAIN IN
                JULY N PAYMNT TLD HER WLD NEED DOWN PAYMNT AND REM BAL PAID OFF
                BY 6 MOS SD CNT DO THT THEN MRS ASKING ALL KIND OF RIDICULAS
                LEGAL QUEST TLD HER CNT ADVISE HER OF ANYTHING NEED TO GO ON
```

```
--------------------------------------- HISTORY -----------------------------
             LINE OR TT AN ATTY THEN ALL OF A SUDEN SHE HAS ATTY AND ON AND
             ON RAMBLIN MRS SD WE CNT REF HER PAYMNT, TLD HER SHE WAS
             CORRECT WE WLD APPLY ANY PAYMNT SHE SNT BUT WE DID NOT AGREE TO
             ARRANGEMNT SO CNT STP ANY LEGAL ACTION FROM PURSUIN, MRS IS
             REFUSING ALL HER INFO SD IF WE SUE HER WLL STLL ONLY GET $75
             WLL SKP HER AND FIND OUT MORE JSW
10091506:09:22  Company - ADAMS MIDDLE SCHOOLAddress - 5000 PATTERSON CIR,
             RICHMOND CA 94805-1572Phone - (510) 235-5464
10091506:09:23  CLLD ADAMS MIDDLE SCHOOL, MRS IS NOT IN TDY, ASKED HER
             POSITION LDY ON THE LINE SD SHE TEACHES ENGLISH JSW
10091506:09:31  MRS IS SINGLE ALL ADDYS SHE LIVED AT WAS BY HER SELF N NME
             CHANGES JSW
10091506:09:33  MRS DOES NOT OWN THE PRO SHE HAS BEEN ON JOB ABT 5-6 YRS THT I
             CAN SEE JSW
10091506:09:39  CLLD BK TO SCHOOL AND GOT FAX NUM FOR EMP VR FOR SCARE TACTIC
             FAX 925 233 9450 JW
SK092006:13:56  1ST ALERT
GC122706:20:03  5102430755-CANCELED NO CALL
GC122706:20:03  5102355464-CANCELD,SHCELD,TIMED OUT NO CL
94010407:13:11  REV ACCT LS
98010507:11:53  SENT OUT SUMMONS AND COMPLAINT AND ADDED $180.00 FOR COURT
             FEES AND $901.00 FOR ATTYS FEES-EAC
GC010607:11:06  5102430755-PHONE ANSWERD
GC010607:11:59  5102355464-CANCELD,SHCELD,TIMED OUT NO CL
22012907:09:48  SUIT WAS FILED OUT FOR SERIVIEC TO BE SERVD NOI AF
22021507:10:21  MRS WAS SUBSERVD ADDED ADS FEES OF $102.76 AF
94032007:08:53  REV ACCT SNT LTR 422 LS
GC032007:09:37  5102430755-PHONE ANSWERD
22041707:09:09  ****sent out defautl doc s to court today at
TD041907:17:50  Debtor Info: MICHELE JONES, Addr: 6549 KENSINGTON AV,
             RICHMOND, CA 94805, Ph: 5109388195, SSN:            , POE: 0 /
TD041907:20:21  Debtor Info: MICHELE JONES, Addr: 3311 BARRETT AV, RICHMOND,
             CA 94805, Ph: 5109388195, SSN:           , POE: 0 /
M*041907:20:25  REQUESTED ECA Advanced Trace, Assets, Bankruptcy, Score -
             Bankcard
SK042307:08:42  1ST ALERT D CODE= Moved With Forward Address MV TYPE= I MV
             DATE 0610
22042307:13:46  REQUESTED ECA Advanced Trace, Assets, Bankruptcy, Score -
             Bankcard
98050107:16:49  WE HAVE A JUDGMENT IN THE AMOUNT OF $11,331.40-WILL GIVE TO AF
             TO DO WRIT AND ABSTRACT-EAC
98050707:11:30  SENT OUT WRIT AND ABSTRACT TO COURT FOR FILING-ADDED $30.00
             FOR FILING FEES-EAC
10050107:11:44  REQUESTED: ONLINE Experian Credit File
24051507:11:44  TT MRS READ MM TR TO JANEEN LB
10051507:11:49  MRS TRANS TO ME MM VH ADVISED HER OF THE JUDGEMNT AND OF THE
             NEW ACCT SHE IS TLKING SHE CAN ONLY DO $100 ON EACH ACCT PUT
             HER ON HLD COLL AVAIL NOW, TRANS TO COLL JSW
```

```
----------------------------------------- HISTORY -----------------------------
94051507:11:52  TT MRS SD SHE CAN ONLY PAY $75-100 A MNTH ON BOTH ACCTS. NOT
                POSSIBLE WILL LET HER PAY THE $75-100 ON THE DIAMOND CENTER
                ACCT AND WILL CONTINUE SUIT ON THE 1ST ACCT. SD SHE WILL MAIL
                IN PAYMENT MID JUNE LS
98051607:11:23  I NEED PHYSC ADDY TO SEND A LIEN TO RECORDERS-PLEASE FIND AN
                ADDY FOR HER -THANKS-EAC
98051607:11:24  DRAFTED AND SENT OUT WAG GARNISHMENT DOC-ADDED $25.00 FOR
                SHERIFF FEES-EAC
94051607:13:27  UH WITH PHYSC ADD 3600 SIERRA RDG APT 7112 RICHMOND CA 94806
                LS
98051707:09:12  ADDED $20.00 FOR RECORDING FEES-SENT OUT ABSTRACT TO
                RECORDER-EAC
94060407:08:34  REV ACCT LS
98062907:11:56  WE HAVE A LIEN-EAC
98071807:12:56  RECVD EMPLOYERS' RETURN SHE GET $1589.44 A MONTH-SHE ALSO HAS
                ANOTHER WAGE GARNISHMENT FROM BACK IN 04-POE IS DECIDING WHO
                TAKE PRESENDENCE OVER OUR FILE-EAC
22073007:08:32  ***WAGE GARN DOCS SERVD TO POE ON 7/11/07 ADDED ADS FEES OF
                $81.11 TO COURT COSTS AF
94081407:10:49  REV ACCT LS
24092207:08:56  OR 5102430755 WMN SD I HAVE THE WRNG NUMBR LB
GC092407:19:17  5102430755-PHONE ANSWERD NO LINKBACK
GC092407:19:48  5102355464-NO ANSWER AT NUM CALLED
GC092407:20:49  5102355464-NO ANSWER AT NUM CALLED
GC092507:10:24  5102430755-PHONE ANSWERD NO LINKBACK
GC092507:10:40  5102355464-PHONE ANSWERD NO LINKBACK
GC092607:11:51  5102430755-PHONE ANSWERD NO LINKBACK
GC092607:10:42  5102355464-PHONE ANSWERD NO LINKBACK
42092607:19:52  PRO755 LMOM NAS
13021108:15:37  MN CI FR #5102430755 SD NSP THR RMVD#
02031208:15:43  REQUESTED: ONLINE Experian Credit File
03040408:15:44  IC\5108600867 TT MR SD THT MS IS IN TH STR LKNG A TABLE *MEKA
05092608:12:23  REQUESTED ECA Advanced Trace, Assets, Bankruptcy, Score -
                Bankcard
N*092608:16:03  REQUESTED: ACCURINT Directory Assistance - Basic Lookup
N*092608:16:03  Your query did not find any matches. Try again.
SK101408:08:25  1ST ALERT D CODE= Moved With Forward Address MV TYPE= I MV
                DATE 0610
GC121708:16:36  9257567208-NO ANSWER AT NUM CALLED
GC121708:14:42  5102355464-PHONE ANSWERD NO LINKBACK
33012109:17:20  PO3359 TT LDY STTD DBT NT HM HU PR 7208 NA PB 5464 OFFCE IS
                CLSD VO
13040709:11:23  PER CHRIS PRI MSB
07040709:11:28  EMAIELD TO FIND OUT WHAT HAPPEN TO WG
92040709:12:08  PREVIOUS WAGE GAN ON FILE W\ EMPLOYER TAKING PRESIDENCE DATED
                11\04\2004, NOI ON WAGE GARN \ LIEN WAS FILED ON 5\25\2007
                ****KK****
07040709:14:09  called the sd 510-231-1100 LMOM FOR PAYROLL
07040709:14:10  REQUESTED: ONLINE Experian Credit File
07040709:14:12  CNT 24\25\49\99 PUBLIC RECORDS-------2 PAST DUE AMT---$29,556
                INQUIRIES--16 SATIS ACCTS---5 INST\OTH BAL--$104,568 SCH\EST
                PAY-------$369+ INQS\6 MO---1 NOW DEL\DRG--24 R ESTATE
                BAL-------N\A R ESTATE PAY-------N\A TRADELINE--43 WAS
                DEL\DRG--14 TOT REV BAL-----$1,049 TOT REV AVAIL-------0% PAID
                ACCT--16 OLD TRADE--8-95
07040909:13:09  TT PAYROLL NLE ADAMS MIDDLE SCHOOL PER CREDIT (510) 559-1400
                Sylvan Learning Center 10612 San Pablo Ave El Cerrito, CA 94530
07040909:13:11  SYLVAN SED MRS NLE THERE TOO. NEWEST ADDY PER CREDIT IS 620
```

```
----------------------------------- HISTORY -----------------------------
               21ST ST RICHMOND CA 94801-3322
07040909:13:22 PER ACCRNT ADDY IN HDR BEST 510-860-0867 PH CELL TT MRS
               OFFERED 100 A MONTH......GAVE ME POE
               http:\\www.johnmuircs.com\Contact-Us\Staff-Directory\YouthBuild-
               Sites\index.html SHOWS MRS AS TEACHER THERE HEHE CLLED (510)
               237-2000 SED PAYROLL IS 510-412-9290
07040909:13:30 emialed admin corr cathy@johnmuircs.com FOR PAYROLL INFO
07040909:15:29 John Muir Charter School 112 Nevada City Hwy Nevada City, CA
               95959 Phone: 530-478-6400 x209
07040909:15:42 EMAILED KK FOR W\G
92040909:16:48 UPDATED SUIT SHEET PER NEW POE INFORMATION PLACED IN BASKET TO
               BE WORKED ****KK****
92041009:14:05 DRAFTD WRIT & MEMO TO CO CO TODAY PUT IN BRETS BASKET TO SIGN
               ++ CC $15.00 ****KK****
92041409:15:43 SENT OUT WRIT AND MEMO TO CO CO COURTS TODAY\ SENT OUT COPY TO
               DEBTOR. ++ CC $15.00 ****KK****
68042509:10:53 NCK: RCVD. FILED WRIT FROM COURT. PUT IN BASKETS TO BE WORKED.
92042809:09:53 SENT OUT WAGE GARN DOCS TO CO CO COUNTY COURT ++ CC $30.00
               ****KK*****
92050509:10:51 SHERIFF REJECTED WAGE GARN DOCS.\ REQUIRED PROCESS SERVICE\
               SENT DOCS OUT TO AAAS FOR PROCESS SERVICE TODAY\ NO ADDITONAL
               FEES AT THIS TIME ****KK****
92060909:16:12 POS FROM AAAS: PARTY SERVED: JOHN MUIR CHARTER SCHOOL, PERSON
               SERVED: JANIE HOLLAND. ADDRESS SERVED: C\O NORTH RICHMOND
               YOUTHBUILD 1452 FILBERT, RICHMOND, CA 94801 DATE SERVED: TUE.,
               MAY 26, 09 @ 10:55 AM ADDED FEES FOR SERVICE $60.00
               ******KK******
92061509:16:34 AAAS PROCESS SERVICE INVOICE ADDITIONAL SERVE FEES $ 44.00
               *******KK********
68061909:11:52 NCK: RCVD. EMPLOYERS RETURN. FROM JOHN MUIR CHARTER SCHOOL -
               112 NEVADA CITY HIGHWAY - NEVADA CITY, CA 95959. MS. IS NOW
               EMPLOYED HERE AND IS PAID MONTHLY. SIGNED BY HILLARY ODGERS.
68063009:09:34 NCK: RCVD. CLAIM OF EXEMPTION FROM MICHELE. D
68070109:13:41 NCK: HEARING ON CLAIM OF EXEMPTION IS SET FOR SEPT. 28, 2009
               AT 9:00AM IN DPT. 60 OF THE MARTINEZ COURT HOUSE IN CONCORD.
               SENT DOCS TO COURT TO FIGHT CLAIM OF EXEMPTION TO DEFENDANT, SHERIFF AND
               TO COURT TODAY.
92093009:13:29 RCVD FILED COPY ORDER DETERMINING CLAIM OF EXEMPION FILED
```

```
----------------------------------- HISTORY -----------------------------
                    9\28\09 $250.00 PER MO
92100909:16:03  HILLARY FROM JOHN MUIR CALLED IN TO SAY THAT MRS IS NLE AS OF
                08\01\09
55101209:10:41  MRS NAME NO LONGER ON WEBSITE GRRRR
55101209:10:42  REQUESTED: ONLINE Experian Credit File
55101209:10:43  PUBLIC RECORDS-------2 PAST DUE AMT---$30,965 INQUIRIES---7
                SATIS ACCTS---5 INST\OTH BAL--$105,855 SCH\EST PAY-------$386
                INQS\6 MO---4 NOW DEL\DRG--26 R ESTATE BAL-------N\A R ESTATE
                PAY-------N\A TRADELINE--45 WAS DEL\DRG--14 TOT REV
                BAL-------$623 TOT REV AVAIL-------0% PAID ACCT--17 OLD
                TRADE--8-95
```

92102809:16:08  RCVD CONTRA COSTA CO SHRFF OFFICIAL MRS NLE BY JOHN MUIR
                CHARTER SCHOOL.
55021010:10:13  REC LAW SUIT FROM DUANE MRS ATTY IS KROM AND MOSS

```
                    DEBTOR ACCOUNT HISTORY CONTINUED -
        SINGLE ACCOUNT: JONES , MICHELE Y                        APR 16, 2010

-----------------------------------------------------------------------------------------
          ACCOUNT #:  472495   CLIENT DEBTOR #:     2001550

     TYPE OF ACCOUNT:   1
     CLIENT NAME: A & A JEWELERS                   FORWARDED (BY/TO):
          FOR:                                          FORWARDED FOR:
          REM:                                          COLLECTOR CODE:55
     CLIENT NO. : 1452
     LAST LETTER: 423   DOCUMENT CODE (1-9): 0      INTEREST FM(R/S/J): R  INTEREST %: 10
       LABEL/CARD: N        NEW BUSINESS: Y        DATE OF REFERRAL: 031805
     CREDIT FLAG: R        BULLETIN CODE: 00       DATE OF SERVICE: 050403
       CLERK CODE: 94      STATUS CODE: LGW  DATE OF LAST PAYMENT: 031610
              RATE: 35         S/L NUMBER: 00             JACK DATE: 051010

     AMOUNT REFERRED:         $    6326.83
     PRINCIPAL BALANCE:       $    5342.85
     ACCUMULATED INTEREST:    $    6341.12
     OTHER CHARGES:           $       0.00
     COURT COSTS:             $       0.00
     ATTORNEY FEES:           $       0.00
     OTHER:                   $       0.00
     INTEREST:                $      44.52

     ACC'T BAL:               $   11728.49


                       PAYMENT TRANSACTION HISTORY
  TYPE    DATE     PAYMENT    PAID ON    PAID ON    PAID ON    PAID ON   PAID ON   PAID ON
                   AMOUNT   PRINCIPAL   INTEREST  OTHER CHGS  COURT COST ATTY FEES   OTHER
  ---------------------------------------------------------------------------------------
  CH     31610     262.00     262.00       0.00       0.00       0.00      0.00      0.00
  CH    101209     551.44       0.00       0.00       0.00      90.00    461.44      0.00
  CH    101209    1089.87     721.98       0.00       0.00       0.00    367.89      0.00
  CH    110507     104.73       0.00       0.00       0.00      33.06     71.67      0.00
  CH    102407     360.81       0.00       0.00       0.00     360.81      0.00      0.00

  ACCOUNT TOTALS   2368.85     983.98       0.00       0.00     483.87    901.00      0.00
```

RC - 000017

```
                      DEBTOR ACCOUNT HISTORY CONTINUED -
          SINGLE ACCOUNT: JONES , MICHELE Y                          APR 16, 2010


-----------------------------------------------------------------------------------------
              ACCOUNT #:  539407    CLIENT DEBTOR #:    7365524519

    TYPE OF ACCOUNT:   1
    CLIENT NAME: RCA-DIAMOND CENTER                    FORWARDED (BY/TO):
         FOR:                                          FORWARDED FOR:
         REM:                                          COLLECTOR CODE:55
    CLIENT NO. : 2049
    LAST LETTER: 303   DOCUMENT CODE (1-9): 0    INTEREST FM(R/S/J): S  INTEREST %: 10
    LABEL/CARD: N           NEW BUSINESS: Y       DATE OF REFERRAL: 092608
    CREDIT FLAG: R         BULLETIN CODE: 00      DATE OF SERVICE: 113003
    CLERK CODE: 005        STATUS CODE: ATY  DATE OF LAST PAYMENT: 031610
         RATE: 40          S/L NUMBER: 00             JACK DATE: 051010

    AMOUNT REFERRED:          $     641.21
    PRINCIPAL BALANCE:        $     621.21
    ACCUMULATED INTEREST:     $     240.81
    OTHER CHARGES:            $       0.00
    COURT COSTS:              $       0.00
    ATTORNEY FEES:            $       0.00
    OTHER:                    $       0.00
    INTEREST:                 $       5.18

    ACC'T BAL:                $     867.20


                      PAYMENT TRANSACTION HISTORY
   TYPE    DATE      PAYMENT    PAID ON    PAID ON    PAID ON    PAID ON    PAID ON    PAID ON
                     AMOUNT    PRINCIPAL   INTEREST  OTHER CHGS  COURT COST  ATTY FEES   OTHER
   -----------------------------------------------------------------------------------------
   CH     31610      20.00      20.00       0.00       0.00       0.00       0.00       0.00

   ACCOUNT TOTALS    20.00      20.00       0.00       0.00       0.00       0.00       0.00


   GRAND TOTALS    2388.85    1003.98       0.00       0.00     483.87     901.00       0.00
```

RC - 000018



```
                        RASH CURTIS AND ASSOCIATES
                        DEBTOR ACCOUNT HISTORY        APR 16, 2010
-------------------------------------------------------------------------------------
        MASTER RECORD:

    NAME: JONES, MICHELLE                    SPOUSE:
    1ADD: 1831 POWELL ST          BAD ADD: H
    2ADD:                         BUSINESS: N
    CITY: SAN PABLO               ST ZIP: CA 94806-4818
   PHONE: 5108600867             S.S.N.:
  LIC NO:                        EMPLOY:
     REM:
     REM:
```



```
---------------------------------- HISTORY ----------------------------
30032208:08:46   PR08670867 NA NML CV
GC032608:09:09   5108600867-PHONE ANSWERD NO LINKBACK
GC032608:12:44   5106826777-PHNED NUM NML
GC032608:19:44   5108600867-PHONE ANSWERD NO LINKBACK
GC032708:17:47   5108600867-PHONE ANSWERD NO LINKBACK
GC032708:19:21   5106826777-PHONE ANSWERD NO LINKBACK
10032808:08:25   LDY CI SD DKD NSP JSW
10032808:08:25   5106826777 TOOK OUT JSW
SK032808:09:31   1ST ALERT No Information On File
GC040108:20:00   510860086-PHNED NUM NML
GC040508:10:14   510860086-PHNED NUM NML
GC040908:08:24   5108600867-PHONE ANSWERD NO LINKBACK
GC041108:08:13   510860086-PPOE LMOM
GC041108:08:54   5108600867-PHONE ANSWERD NO LINKBACK
GC041208:09:00   510860086-PHNED NUM NML
02041508:15:40   SS- PR TLKD TO MRS AT RE SHE SD SHE IS WLLNG TO PY THIS BAL
                 BFRE 04\25 TO AVD CRDT RPTNG NOI SNT LTR
GC041508:15:35   5108600867-PHONE ANSWERD NO LINKBACK
GC041908:08:31   5108600867-PHONE ANSWERD NO LINKBACK
SK052808:08:28   1ST ALERT No Information On File
GC052908:08:59   5108600867-PHONE ANSWERD NO LINKBACK
GC052908:13:57   5106826777-PHONE ANSWERD NO LINKBACK
```

RC - 000019

```
------------------------------------- HISTORY -----------------------------
GC053108:08:57  5108600867-PHONE ANSWERD NO LINKBACK
GC053108:11:13  5106826777-PHONE ANSWERD NO LINKBACK
GC060308:20:00  5108600867-PHONE ANSWERD NO LINKBACK
GC060308:20:50  5106826777-PHONE ANSWERD NO LINKBACK
31060408:18:26  PR 0867 BZY
GC060608:08:22  5108600867-PHONE ANSWERED NO LINKBACK
GC060608:09:03  5106826777-PHONE ANSWERD NO LINKBACK
GC060708:09:04  5108600867-P NUMBER LEFT MSGE ON MACHINE
GC060708:10:28  5106826777-PHONE ANSWERD NO LINKBACK
GC060908:09:53  5106826777-PHONE ANSWERD NO LINKBACK
GC060908:18:51  5108600867-PHONE ANSWERD NO LINKBACK
03061208:12:02  IC.5106826777 TT LDY SD NSP V# RMVD *MEKA
GC061308:18:10  510860086-PHNED NUM NML
GC062108:11:04  5108600867-PHONE ANSWERD NO LINKBACK
GC062108:11:04  5108600867-PHONE ANSWERD NO LINKBACK
GC062308:09:41  5108600867-PHONE ANSWERD NO LINKBACK
28062708:18:22  PR0867 LMOM KH
GC062708:15:44  5108600867-PHONE ANSWERD NO LINKBACK
GC070908:13:50  5106826777-P NUMBER LEFT MSGE ON MACHINE
08071108:13:35  PR0867 LMOM AM
GC071108:09:01  5108600867-PHONE ANSWERD NO LINKBACK
08071508:11:52  PR0867 LMOM AM
GC071508:19:27  5108600867-PHONE ANSWERD NO LINKBACK
GC071608:19:41  5108600867-PHONE ANSWERD NO LINKBACK
GC071608:19:41  5108600867-PHONE ANSWERD NO LINKBACK
GC071608:19:41  5108600867-PHONE ANSWERD NO LINKBACK
42071708:18:02  PR0867 UTLM.NS
GC071708:10:34  5108600867-PHONE ANSWERD NO LINKBACK
GC071908:08:27  5108600867-PHONE ANSWERD NO LINKBACK
GC072108:19:40  5108600867-PHONE ANSWERD NO LINKBACK
GC072308:19:42  5108600867-PHONE ANSWERD NO LINKBACK
GC072508:09:10  5108600867-PHONE ANSWERD NO LINKBACK
27072808:18:56  0867 LMOM RH
GC073008:18:51  5108600867-PHONE ANSWERD NO LINKBACK
GC071908:08:27  5108600867-PHONE ANSWERD NO LINKBACK
GC073108:10:54  5108600867-PHONE ANSWERD NO LINKBACK
42080108:20:45  PR0867 LMOM NS
GC080208:08:23  5108600867-PHONE ANSWERD NO LINKBACK
GC080408:18:39  5108600867-PHONE ANSWERD NO LINKBACK
GC080508:20:02  5108600867-PHONE ANSWERD NO LINKBACK
GC080708:13:22  5108600867-PHONE ANSWERD NO LINKBACK
39080808:12:39  PRES 0867 LMOM DT
39080808:12:50  PR 0867 LMOM DT
GC081108:17:39  5108600867-PHONE ANSWERD NO LINKBACK
12081208:10:19  PR 0867 LMOM SH
SK081408:08:11  1ST ALERT No Information On File
GC081108:17:39  5108600867-PHONE ANSWERD NO LINKBACK
09081408:14:51  PR 0867 LMOM PM
08081508:13:47  PR0867 LMOM AM
GC081108:17:39  5108600867-PHONE ANSWERD NO LINKBACK
31082608:20:00  PR 0867 UTLM
30090408:17:52  PR0867 LMOM SW
GC090608:08:36  5108600867-PHONE ANSWERD NO LINKBACK
GC091208:08:51  5108600867-PHONE ANSWERD NO LINKBACK
GC123008:17:58  5108600867-P NUMBER LEFT MSGE ON MACHINE
GC041609:20:51  5108600867-PHNED NUM NML
GC041609:20:51  5108600867-PHNED NUM NML
13042009:11:39  REQUESTED DEBTOR STATEMENT
```

RC - 000020

```
-------------------------------------- HISTORY ------------------------------
13042009:11:41  CI CID#(510) 860-0867 TT MS REQ D\S, GOT
                EMAIL=GET_TO_GIVE@YAHOO.COM TO SND IT TO, RFSD HEADR INFO, SAYS
                SHE WLL SND 0505, RFSD ANYTHNG NOW MM MSB
19042409:09:52  0867-TT MRS TRANS TO COL 13 BNK
13042409:09:54  CANT PAY TLL 0505, NO CLLS TLL THN MSB
92050509:10:47  SHERIFF REJECTED DOCS, REQUIRED PROCESS SERVICE\ SENT OUT TO
                AAAS PROCESS SERVICE TODAY *******KK****** NO ADDITIONAL FEES
                APPLIED AT THIS TIME
92050509:10:48  PLZ DISREGARD THIS NOTATION ****KK****
13050509:10:57  PO (510) 860-0867 LMOM MSB
13052109:16:21  PO (510) 860-0867 LMOM MSB
13060409:16:30  PO (510) 860-0867 LMOM MSB
13061009:16:15  PO (510) 860-0867 VMB FULL NML MSB
13061109:11:27  PO (510) 860-0867 VMB FULL NML MSB
55021010:10:13  REC LAW SUIT FROM DUANE MRS ATTY IS KROM AND MOSS▪▪▪▪▪▪▪
```

                       DEBTOR ACCOUNT HISTORY CONTINUED -
          SINGLE ACCOUNT: JONES , MICHELLE                               APR 16, 2010

--------------------------------------------------------------------------------------------
                ACCOUNT #:  101147    CLIENT DEBTOR #:     0725300215

    TYPE OF ACCOUNT:   1
    CLIENT NAME: DOCTORS MEDICAL CTR-SAN PABLO     FORWARDED (BY/TO):
          FOR: JONES,MICHELLE                               FORWARDED FOR:
          REM: 345                                          COLLECTOR CODE:55
    CLIENT NO.  : 1771
    LAST LETTER: 305    DOCUMENT CODE (1-9): 0     INTEREST FM(R/S/J): S   INTEREST %: 10
      LABEL/CARD: N          NEW BUSINESS: Y        DATE OF REFERRAL: 032008
    CREDIT FLAG: D          BULLETIN CODE: 00       DATE OF SERVICE: 091007
      CLERK CODE: 05         STATUS CODE: ATY  DATE OF LAST PAYMENT: 092607
            RATE: 20         S/L NUMBER: 00            JACK DATE: 022410

    AMOUNT REFERRED:         $    49.99
    PRINCIPAL BALANCE:       $    49.99
    ACCUMULATED INTEREST:    $     0.00
    OTHER CHARGES:           $     0.00
    COURT COSTS:             $     0.00
    ATTORNEY FEES:           $     0.00
    OTHER:                   $     0.00
    INTEREST:                $    12.78

    ACC'T BAL:               $    62.77


                        PAYMENT TRANSACTION HISTORY
 TYPE    DATE    PAYMENT    PAID ON    PAID ON    PAID ON    PAID ON    PAID ON    PAID ON
                 AMOUNT    PRINCIPAL   INTEREST  OTHER CHGS  COURT COST  ATTY FEES    OTHER
--------------------------------------------------------------------------------------------
                               NO PAYMENTS THIS ACCOUNT

DEBTOR ACCOUNT HISTORY CONTINUED -
SINGLE ACCOUNT: JONES , MICHELLE                                    APR 16, 2010

-------------------------------------------------------------------------------------
            ACCOUNT #:  128278    CLIENT DEBTOR #:    0734700238

     TYPE OF ACCOUNT:   1
     CLIENT NAME: DOCTORS MEDICAL CTR-SAN PABLO    FORWARDED (BY/TO):
          FOR: JONES,MICHELLE                      FORWARDED FOR:
          REM: 345                                 COLLECTOR CODE:55
     CLIENT NO. : 1771
     LAST LETTER: 305   DOCUMENT CODE (1-9): 0     INTEREST FM(R/S/J): S  INTEREST %: 10
     LABEL/CARD: N          NEW BUSINESS: Y         DATE OF REFERRAL: 052308
     CREDIT FLAG: D         BULLETIN CODE: 00       DATE OF SERVICE: 121307
     CLERK CODE: 05         STATUS CODE: ATY   DATE OF LAST PAYMENT: 010208
          RATE: 20          S/L NUMBER: 00          JACK DATE: 022410

     AMOUNT REFERRED:         $      49.99
     PRINCIPAL BALANCE:       $      49.99
     ACCUMULATED INTEREST:    $       0.00
     OTHER CHARGES:           $       0.00
     COURT COSTS:             $       0.00
     ATTORNEY FEES:           $       0.00
     OTHER:                   $       0.00
     INTEREST:                $      11.44

     ACC'T BAL:               $      61.43


                         PAYMENT TRANSACTION HISTORY
TYPE   DATE      PAYMENT   PAID ON     PAID ON    PAID ON    PAID ON    PAID ON    PAID ON
                 AMOUNT    PRINCIPAL   INTEREST   OTHER CHGS COURT COST ATTY FEES   OTHER
--------------------------------------------------------------------------------------
                              NO PAYMENTS THIS ACCOUNT


GRAND TOTALS      0.00       0.00       0.00       0.00       0.00       0.00       0.00



```
                    RASH CURTIS AND ASSOCIATES
                    DEBTOR ACCOUNT HISTORY        APR 16, 2010

------------------------------------------------------------------------
        MASTER RECORD:

    NAME: JONES, MICHELE              SPOUSE:
    1ADD: 1831 POWELL ST        BAD ADD: H
    2ADD:                       BUSINESS: N
    CITY: SAN PABLO             ST ZIP: CA 94806-4818
   PHONE: 5108600867           S.S.N.:
  LIC NO:                      EMPLOY: WCCUSD
     REM: DR TERRY
     REM:                         472495---2ND ACCT
```



```
------------------------------- HISTORY -------------------------------
95042109:19:07  REQUESTED ECA Advanced Trace, Assets, Bankruptcy, Score -
                Bankcard
SK042209:08:24  1ST ALERT No Information On File
GC042709:16:09  5108600867-PHNED NUM NML
GC042709:16:23  4157244534-PHNED NUM NML
GC042709:14:07  5106826777-PHONE ANSWERD NO LINKBACK
GC042709:16:09  5102353359-PHNED NUM NML
GC042709:16:23  5102330941-PHONED NUM IS INVALID
GC042509:10:05  5108600867-PHNED NUM NML
GC042509:22:55  4157244534-CANCELED NO CALL TO THS NUM
GC042509:22:55  5106826777-CANCELED NO CALL TO THS NUM
GC042509:22:55  5102353359-CANCELED NO CALL TO THS NUM
GC042709:16:09  5108600867-PHNED NUM NML
GC042709:16:23  4157244534-PHNED NUM NML
GC042709:14:07  5106826777-PHONE ANSWERD NO LINKBACK
GC042709:16:24  5102353359-PHNED NUM NML
GC042709:16:23  5102330941-PHONED NUM IS INVALID
04042909:09:16  REQUESTED: ONLINE Experian Credit File
04042909:09:29  PUBLIC RECORDS-------2 PAST DUE AMT---$29,083 INQUIRIES--17
                SATIS ACCTS---5 INST\OTH BAL--$104,095 SCH\EST PAY-------$369+
                INQS\6 MO--2 NOW DEL\DRG--25 R ESTATE BAL-------N\A R ESTATE
                PAY-------N\A TRADELINE--43 WAS DEL\DRG--13 TOT REV
                BAL-----$1,049 TOT REV AVAIL-------0% PAID ACCT--16 OLD
                TRADE--8-95
04042909:09:30  *CONTRA COSTA SUPERIOR 4-27-07 3016001 $6,326 CIV CL JUDG D#:
                MSL0600245 1 PLAINTIFF: KBR INC *CONTRA COSTA SUPERIOR 7-12-06
                3016001 $1,472 CIV CL JUDG D#: MSLO600693 1 PLAINTIFF: UNIFUND
```

```
-------------------------------------- HISTORY ----------------------------
              CCR PARTNERS
04042909:09:38  PO 6777 LMOM PR 0867 LMOM PB 4534 LMOM PO 7208 N\A PO 3359
              LMOM PO 0941 DISCO D,M
GC051109:17:52  5108600867-PHNED NUM NML
GC051109:20:28  9257567208-NO ANSWER AT NUM CALLED
GC051109:20:27  5106826777-PHONE ANSWERD NO LINKBACK
GC051209:17:45  5108600867-PHNED NUM NML
GC051209:19:32  9257567208-NO ANSWER AT NUM CALLED
GC051209:19:31  5106826777-PHONE ANSWERD NO LINKBACK
GC051209:19:31  5102353359-PHNED NUM NML
GC051909:11:44  5108600867-PHNED NUM NML
GC051909:14:15  4157244534-PHNED NUM NML
GC051909:14:16  9257567208-NO ANSWER AT NUM CALLED
GC051909:14:15  5106826777-PHONE ANSWERD NO LINKBACK
GC051909:14:15  5102353359-PHNED NUM NML
44060209:19:50  IC TD5106826777 TT LDY SD DKD RQSTD # RMVD PR-0867 NA PO-7208
              NA PO-3359 NA MGM
32060309:20:52  I\C CID= 6777 LDY C\I YELLING SD THT SHE ISNT MICHELLE AND THT
              SHE IS GOING TO REPORT RCA AND HUP KD .
SK060409:08:24  1ST ALERT No Information On File
010b1109:11:21  CID 5102353359..NSP@#
GC061809:09:06  5108600867 PHONE ANSWERD NO LINKBACK
GC061809:13:55  4157244534-PHONED NUM IS INVALID
GC061809:13:55  9257567208-NO ANSWER AT NUM CALLED
GC062009:08:23  5108600867-F NUMBER LEFT MSGE ON MACHINE
GC062009:08:53  4157244534 PHONED NUMBER WAS BUSY
GC062009:08:53  9257567208-NO ANSWER AT NUM CALLED
GC070809:14:35  5108600867-PHNED NUM NML
GC070809:16.08  4157244534-:HOPED NUM IS INVALID
GC070809:16:09  9257567208-NO ANSWER AT NUM CALLED
GC071009:14:53  5108600867-PHONE ANSWERD NO LINKBACK
GC071009:15:42  4157244534-PHONED NUM IS INVALID
GC071009:15:42  9257567208-NO ANSWER AT NUM CALLED
GC072009:08:51  5108600867-PHONE ANSWERD NO LINKBACK
GC072009:12:04  4157244534-PHONED NUM IS INVALID
GC072009:12:05  9257567208-NO ANSWER AT NUM CALLED
GC072009:12:50  PHONE 4157244534 REMOVED BY GC UPDATE (C261354): invalid.
GC072409:08:20  5108600867-P NUMBER LEFT MSGE ON MACHINE
GC072409:08:45  4157244534-PHONED NUM IS INVALID
GC072409:08:46  9257567208-NO ANSWER AT NUM CALLED
GC072709:16:40  5108600867-PHNED NUM NML
GC072709:11:59  4157244534 PHNED NUM NML
GC072709:11:59  9257567208-NO ANSWER AT NUM CALLED
GC080509:08:47  5108600867-PHONE ANSWERD NO LINKBACK
GC080509:11:31  4157244534-P NUMBER LEFT MSGE ON MACHINE
GC080509:11:30  9257567208-NO ANSWER AT NUM CALLED
GC081809:08:45  5108600867-PHONE ANSWERD NO LINKBACK
GC081809:13:44  4157244534-P NUMBER LEFT MSGE ON MACHINE
GC081809:13:44  9257567208-NO ANSWER AT NUM CALLED
GC081809:13:44  5106826777-P NUMBER LEFT MSGE ON MACHINE
SK081909:08:04  1ST ALERT No Information On File
17082009:11:01  AA C\I TT LDY FROM 6777 SD NSP THERE BY THT NAME NOI
GC082109:08:45  5108600867-PHNED NUM NML
GC082109:13:30  4157244534-PHONE ANSWERD NO LINKBACK
GC082109:13:30  9257567208-NO ANSWER AT NUM CALLED
GC082109:13:30  5104724952-PHONE ANSWERD NO LINKBACK
GC083109:13:59  5108600867-PHNED NUM NML
GC083109:15:41  4157244534-PHNED NUM NML
```

RC - 000002

```
------------------------------------- HISTORY ----------------------------
GC083109:15:41  9257567208-NO ANSWER AT NUM CALLED
GC083109:10:49  5104724952-PHONE ANSWERD NO LINKBACK
GC090409:09:51  5108600867-PHONE ANSWERD NO LINKBACK
GC090409:12:37  4157244534-PHONE ANSWERD NO LINKBACK
GC090409:13:39  9257567208-NO ANSWER AT NUM CALLED
GC091409:10:15  5108600867-PHONE ANSWERD NO LINKBACK       ' ,
GC091409:11:35  4157244534-PHNED NUM NML
GC091409:11:35  9257567208-NO ANSWER AT NUM CALLED
GC092809:09:39  5108600867-PHONE ANSWERD NO LINKBACK       .       .
GC092809:10:58  4157244534-PHONED NUM IS INVALID           ~
GC092809:10:59  9257567208-NO ANSWER AT NUM CALLED
GC092809:10:59  5104724952-PHONE ANSWERD NO LINKBACK
GC092909:18:33  5108600867-PHONE ANSWERD NO LINKBACK
GC092909:20:50  9257567208-CANCELED NO CALL TO THS NUM
GC092909:20:50  5104724952-CANCELED NO CALL TO THS NUM
GC100109:09:11  5108600867-P NUMBER LEFT MSGE ON MACHINE
GC100509:19:35  5108600867-PHNED NUM NML
GC100509:19:46  4157244534-CANCELED NO CALL TO THS NUM
GC100509:19:46  9257567208-CANCELED NO CALL TO THS NUM
SK100809:08:13  1ST ALERT No Information On File            ,~
GC100809:09:11  5108600867-PHNED NUM NML                    .
GC101609:11:00  5108600867-P NUMBER LEFT MSGE ON MACHINE  ..
GC102009:19:04  5108600867-PHONE ANSWERD NO LINKBACK
GC102009:19:29  9257567208-NO ANSWER AT NUM CALLED              - .
GC102209:08:41  5108600867-P NUMBER LEFT MSGE ON MACHINE'
GC102209:10:06  4157244534-PHONED NUM IS INVALID           ` .-
GC102209:10:07  9257567208-PHONED NUMBER WAS BUSY          .
GC102709:17:38  5108600867-P NUMBER LEFT MSGE ON MACHINE  ¬
GC102709:19:08  9257567208-PHONED NUMBER WAS BUSY          ~.    ,.'
GC102809:13:48  5108600867-P NUMBER LEFT MSGE ON ·MACHINE.
GC102809:14:54  4157244534-PHONE ANSWERD NO LINKBACK       {  ..
GC102809:14:54  9257567208-PHONED NUMBER WAS BUSY          .
17111609:20:14  P 0867 LMOM. KC
GC120109:18:05  5108600867-PHNED NUM NML                           ;
GC120109:20:30  4157244534-PPOE ANSWERD                    .  .
GC120209:18:35  5108600867-PHNED NUM NML
SK120309:08:16  1ST ALERT No Information On File           .
05120309:14:52  REQUESTED ECA Advanced Trace, Assets, Bankruptcy, Score -
                Bankcard
GC120309:17:41  5108600867-PHNED NUM NML                   .
GC120609:09:27  5108600867-PHNED NUM NML          .
GC120709:11:07  5108600867-PHONE ANSWERD NO LINKBACK   .
GC120709:12:01  4157244534-PHONE ANSWERD NO LINKBACK
GC120709:14:28  9257567208-NO ANSWER AT NUM CALLED
GC120709:14:27  5104724952-PHONED NUM IS INVALID
GC120709:12:01  5106826777-PHONE ANSWERD NO LINKBACK
GC120709:14:27  5102353359-PHNED NUM NML
32120709:18:04  ON VIC NA\.DA NM
GC120809:09:02  5108600867-PHONE ANSWERD NO LINKBACK
GC120809:11:14  4157244534-PHNED NUM NML
GC120809:11:15  9257567208-NO ANSWER AT NUM CALLED
GC120809:11:14  5104724952-PHONED NUM IS INVALID
GC120809:11:14  5106826777-PHNED NUM NML
GC120809:11:15  5102353359-PHNED NUM NML
11120909:13:58  CID 4534 BACKGROUND NOSIE LIKE THEY IALED US IN THEIR POCKET
                NOI NRK
GC120909:19:42  5108600867-PHONE ANSWERD NO LINKBACK
GC121009:18:24  5108600867-PHONE ANSWERD NO LINKBACK
```

RC - 000003

```
----------------------------------- HISTORY -----------------------------
GC121409:18:37  5108600867-PHNED NUM NML
GC121509:17:51  5108600867-PHONE ANSWERD NO LINKBACK
GC121709:11:48  5108600867-PHONE ANSWERD NO LINKBACK
GC121709:19:24  4157244534-PHONE ANSWERD NO LINKBACK
GC121709:19:24  9257567208-NO ANSWER AT NUM CALLED
GC121709:19:24  5104724952-PHONED NUM IS INVALID
30121909:09:55  HUP LV
GC122109:17:59  5108600867-PHNED NUM NML
GC122109:20:10  4157244534-PPOE ANSWERED
GC122209:10:24  5108600867-PHONE ANSWERD NO LINKBACK
GC122209:09:17  4157244534-PHONE ANSWERD NO LINKBACK
GC122209:12:07  9257567208-NO ANSWER AT NUM CALLED
GC122209:12:07  5104724952-PHONED NUM IS INVALID
GC122209:09:17  5106826777-PHONE ANSWERD NO LINKBACK
GC122209:12:07  5102353359-PHNED NUM NML
GC122209:10:24  5108600867-PHONE ANSWERD NO LINKBACK
GC122209:09:17  4157244534-PHONE ANSWERD NO LINKBACK
GC122209:12:07  9257567208-NO ANSWER AT NUM CALLED
GC122209:12:07  5104724952-PHONED NUM IS INVALID
GC122209:09:17  5106826777-PHONE ANSWERD NO LINKBACK
GC122209:12:07  5102353359-PHNED NUM NML
04122309:15:45  PB 4534 TT SIR NSP..PR 0867 LMOM+dV
GC122309:18:09  5108600867-PHNED NUM NML
GC122709:09:13  5108600867-PHNED NUM NML
GC122809:19:18  5108600867-PHONE ANSWERD NO LINKBACK
GC122809:19:18  5108600867-PHONE ANSWERD NO LINKBACK
GC122909:15:41  5108600867-PHONE ANSWERD NO LINKBACK
GC122909:17:01  9257567208-NO ANSWER AT NUM CALLED
GC122909:17:00  5104724952-PHONED NUM IS INVALID
GC122909:17:00  5106826777-PHONE ANSWERD NO LINKBACK
GC122909:17:01  5102353359-PHNED NUM NML
GC122909:15:41  5108600867-PHONE ANSWERD NO LINKBACK
GC122909:17:01  9257567208-NO ANSWER AT NUM CALLED
GC122909:17:00  5104724952-PHONED NUM IS INVALID
GC122909:17:00  5106826777-PHONE ANSWERD NO LINKBACK
GC122909:17:01  5102353359-PHNED NUM NML
GC010410:18:43  5108600867-PHNED NUM NML
33010510:20:43  TT LDY SD NSP 5106826777 RJ
31010510:20:45  5102353359 NUM NML
GC010510:17:51  5108600867-PHNED NUM NML
GC010510:20:03  9257567208-PHNED NUMBER N\A
GC010510:20:27  5104724952-PHONED NUM IS INVALID
GC010510:20:42  5106826777-PHNED NUM NML
GC010510:20:45  5102353359-PHONE ANSWERD NO LINKBACK
GC010610:17:23  5108600867-PHNED NUM NML
GC010610:20:39  9257567208-PHNED NUMBER N\A
GC010910:10:34  5108600867-PHONE ANSWERD NO LINKBACK
GC010910:21:03  9257567208-CANCELED NO CALL TO THS NUM
GC010910:21:03  5104724952-CANCELED NO CALL TO THS NUM
GC010910:21:03  5102353359-CANCELED NO CALL TO THS NUM
SK011810:08:11  1ST ALERT No Information On File
30011810:20:25  LMOM LV
GC012310:08:46  5108600867-CANCELED NO CALL TO THS NUM
GC012510:18:36  5108600867-PHNED NUM NML
GC012510:19:51  5105591400-PHNE NUM GOT MCHNE NML
GC012510:20:24  9257567208-NO ANSWER AT NUM CALLED
GC012510:20:31  5104724952-PHONED NUM IS INVALID
GC012510:20:36  5102353359-PHONE ANSWERD NO LINKBACK
```

```
-------------------------------------- HISTORY -----------------------------
GC012610:17:56  5108600867-PHNED NUM NML
GC012610:19:37  5105591400-PPOE ANSWERD
GC012710:18:16  5108600867-PHNED NUM NML
GC012710:20:15  5105591400-PHNE NUM GOT MCHNE NML
GC012810:11:31  5108600867-PHNED NUM NML
GC012810:13:42  5105591400-PHONE ANSWERD NO LINKBACK
GC012810:13:42  9257567208-NO ANSWER AT NUM CALLED
GC012810:13:42  5104724952-PHONED NUM IS INVALID
GC012810:13:42  5102353359-PHONE ANSWERD NO LINKBACK
GC012810:18:08  5108600867-PHONE ANSWERD NO LINKBACK
17012910:11:31  (510)-235-3359 NSP
GC013010:08:43  5108600867-PHNED NUM NML
GC013010:10:57  5105591400-PPOE ANSWERD
38020110:17:37  VIC TT LORTUS SD MRS HSNT WRKD THRE FR A YR N HAS NO#'S FR MRS
                N SO I RMVD#5105591400 BS
GC020110:19:48  5108600867-PHNED NUM NML
SKJ2051.0:08:10 1ST ALERT No Information On File
GC020310:09:49  5108600867-PHNED NUM NML
GC020310:10:22  9257567208-NO ANSWER AT NUM CALLED
GC020310:10:21  5104724952-PHONED NUM IS INVALID
GC020410:08:40  5108600867-PHONE ANSWERD NO LINKBACK
GC020410:13:26  9257567208-NO ANSWER AT NUM CALLED
GC020410:13:25  5104724952-PHONED NUM IS INVALID
GC020910:10:06  5108600867-PHNED NUM NML
GC020910:10:40  9257567208-NO ANSWER AT NUM CALLED
GC020910:10:39  5104724952-PHONED NUM IS INVALID
GC020910:18:30  5108600867-PHONE ANSWERD NO LINKBACK
55031010:10.13  REC LAW SUIT FROM DUANE MRS ATTY IS KROM AND MOSS
```

```
                            DEBTOR ACCOUNT HISTORY CONTINUED -
            SINGLE ACCOUNT: JONES , MICHELE                         APR 16, 2010

-------------------------------------------------------------------------------------
            ACCOUNT #:  611944   CLIENT DEBTOR #:   0827600140

    TYPE OF ACCOUNT:   1
    CLIENT NAME: DOCTORS MEDICAL CTR-SAN PABLO    FORWARDED (BY/TO):
          FOR: JONES,MICHELE                          FORWARDED FOR:
          REM: 3515                                   COLLECTOR CODE:55
    CLIENT NO. : 1771
    LAST LETTER: 486    DOCUMENT CODE (1-9): 0    INTEREST FM(R/S/J): S  INTEREST %: 10
      LABEL/CARD: N          NEW BUSINESS: Y       DATE OF REFERRAL: 042009
    CREDIT FLAG: R         BULLETIN CODE: 00       DATE OF SERVICE: 100208
     CLERK CODE: 05         STATUS CODE: ATY    DATE OF LAST PAYMENT: 031610
           RATE: 20          S/L NUMBER: 00           JACK DATE: 041810

    AMOUNT REFERRED:        $    2480.45
    PRINCIPAL BALANCE:      $    2421.45
    ACCUMULATED INTEREST:   $     361.04
    OTHER CHARGES:          $       0.00
    COURT COSTS:            $       0.00
    ATTORNEY FEES:          $       0.00
    OTHER:                  $       0.00
    INTEREST:               $      20.18

    ACC'T BAL:              $    2802.67


                         PAYMENT TRANSACTION HISTORY
TYPE    DATE      PAYMENT    PAID ON     PAID ON    PAID ON     PAID ON     PAID ON    PAID ON
                  AMOUNT    PRINCIPAL   INTEREST  OTHER CHGS  COURT COST   ATTY FEES    OTHER
-------------------------------------------------------------------------------------------
CH     31610      59.00      59.00        0.00       0.00        0.00        0.00       0.00

ACCOUNT TOTALS    59.00      59.00        0.00       0.00        0.00        0.00       0.00
```

RC - 000006

```
                     DEBTOR ACCOUNT HISTORY CONTINUED -
          SINGLE ACCOUNT: JONES , MICHELE                        APR 16, 2010

-------------------------------------------------------------------------------------
             ACCOUNT #:  652017    CLIENT DEBTOR #:    0905500166

   TYPE OF ACCOUNT:   1
   CLIENT NAME: DOCTORS MEDICAL CTR-SAN PABLO     FORWARDED (BY/TO):
            FOR: JONES,MICHELE                        FORWARDED FOR:
            REM: 4256                                  COLLECTOR CODE:55
   CLIENT NO. : 1771
   LAST LETTER: 486   DOCUMENT CODE (1-9): 0     INTEREST FM(R/S/J): S  INTEREST %: 10
      LABEL/CARD: N         NEW BUSINESS: Y       DATE OF REFERRAL: 081709
      CREDIT FLAG: D        BULLETIN CODE: 00     DATE OF SERVICE: 022409
      CLERK CODE: 05        STATUS CODE: ATY  DATE OF LAST PAYMENT: 032409
           RATE: 20         S/L NUMBER: 00          JACK DATE: 041810

   AMOUNT REFERRED:        $    100.00
   PRINCIPAL BALANCE:      $    100.00
   ACCUMULATED INTEREST:   $      0.00
   OTHER CHARGES:          $      0.00
   COURT COSTS:            $      0.00
   ATTORNEY FEES:          $      0.00
   OTHER:                  $      0.00
   INTEREST:               $     10.61

   ACC'T BAL:              $    110.61



                     PAYMENT TRANSACTION HISTORY
TYPE    DATE    PAYMENT   PAID ON    PAID ON    PAID ON    PAID ON    PAID ON   PAID ON
                AMOUNT    PRINCIPAL  INTEREST  OTHER CHGS  COURT COST  ATTY FEES   OTHER
-------------------------------------------------------------------------------------
                           NO PAYMENTS THIS ACCOUNT
```

RC - 000007

```
                         DEBTOR ACCOUNT HISTORY CONTINUED -
         SINGLE ACCOUNT: JONES , MICHELE                         APR 16, 2010

--------------------------------------------------------------------------------
            ACCOUNT #:  697226   CLIENT DEBTOR #:    0915500135

    TYPE OF ACCOUNT:   1
    CLIENT NAME: DOCTORS MEDICAL CTR-SAN PABLO    FORWARDED (BY/TO):
        FOR: JONES,MICHELE                            FORWARDED FOR:
        REM: 2003                                     COLLECTOR CODE:55
    CLIENT NO. : 1771
    LAST LETTER: 300   DOCUMENT CODE (1-9): 0    INTEREST FM(R/S/J): S  INTEREST %: 10
    LABEL/CARD: N          NEW BUSINESS: Y      DATE OF REFERRAL: 120109
    CREDIT FLAG: D         BULLETIN CODE: 00    DATE OF SERVICE: 060409
    CLERK CODE: 05         STATUS CODE: ATY  DATE OF LAST PAYMENT: 062309
         RATE: 20          S/L NUMBER: 00            JACK DATE: 041810

    AMOUNT REFERRED:          $    100.00
    PRINCIPAL BALANCE:        $    100.00
    ACCUMULATED INTEREST:  $       0.00
    OTHER CHARGES:            $      0.00
    COURT COSTS:              $      0.00
    ATTORNEY FEES:            $      0.00
    OTHER:                    $      0.00
    INTEREST:                 $      8.14

    ACC'T BAL:                $    108.14


                    PAYMENT TRANSACTION HISTORY
TYPE   DATE    PAYMENT    PAID ON    PAID ON    PAID ON    PAID ON    PAID ON    PAID ON
               AMOUNT    PRINCIPAL   INTEREST  OTHER CHGS  COURT COST  ATTY FEES    OTHER
--------------------------------------------------------------------------------
                         NO PAYMENTS THIS ACCOUNT
```

RC - 000008

```
                         DEBTOR ACCOUNT HISTORY CONTINUED -
             SINGLE ACCOUNT: JONES , MICHELE                         APR 16, 2010

-------------------------------------------------------------------------------------
              ACCOUNT #:  720725    CLIENT DEBTOR #:    145821

     TYPE OF ACCOUNT:    1
     CLIENT NAME: CARDIOVASCULAR CONSULTANTS ME      FORWARDED (BY/TO):
             FOR: SAME                                      FORWARDED FOR:
             REM: 07/10/2009                                COLLECTOR CODE:55
     CLIENT NO. : 2002
     LAST LETTER: 301    DOCUMENT CODE (1-9): 0       INTEREST FM(R/S/J): S  INTEREST %: 10
       LABEL/CARD: N            NEW BUSINESS: Y       DATE OF REFERRAL: 013010
       CREDIT FLAG: K          BULLETIN CODE: 00      DATE OF SERVICE: 072508
       CLERK CODE: 94          STATUS CODE: ATY   DATE OF LAST PAYMENT: 061409
             RATE: 35          S/L NUMBER: 00            JACK DATE: 041810

     AMOUNT REFERRED:            $      35.00
     PRINCIPAL BALANCE:          $      35.00
     ACCUMULATED INTEREST:       $       0.00
     OTHER CHARGES:              $       0.00
     COURT COSTS:                $       0.00
     ATTORNEY FEES:              $       0.00
     OTHER:                      $       0.00
     INTEREST:                   $       2.94

     ACC'T BAL:                  $      37.94



                          PAYMENT TRANSACTION HISTORY
  TYPE    DATE     PAYMENT    PAID ON     PAID ON    PAID ON    PAID ON    PAID ON    PAID ON
                   AMOUNT    PRINCIPAL    INTEREST  OTHER CHGS  COURT COST  ATTY FEES   OTHER
-------------------------------------------------------------------------------------
                            NO PAYMENTS THIS ACCOUNT
```

RC - 000009

```
                          DEBTOR ACCOUNT HISTORY CONTINUED -
          SINGLE ACCOUNT: JONES , MICHELE                              APR 16, 2010

---------------------------------------------------------------------------------------
          ACCOUNT #:  752127     CLIENT DEBTOR #:    0932000205

     TYPE OF ACCOUNT:   1
     CLIENT NAME: DOCTORS MEDICAL CTR-SAN PABLO      FORWARDED (BY/TO):
          FOR: JONES,MICHELE                              FORWARDED FOR:
          REM: 345                                        COLLECTOR CODE:55
     CLIENT NO. : 1771
     LAST LETTER: 000    DOCUMENT CODE (1-9): 0     INTEREST FM(R/S/J): S  INTEREST %: 10
     LABEL/CARD: N          NEW BUSINESS: Y        DATE OF REFERRAL: 040210
     CREDIT FLAG: R         BULLETIN CODE: 00       DATE OF SERVICE: 111609
     CLERK CODE: 05         STATUS CODE: PNB  DATE OF LAST PAYMENT:  0
          RATE: 20          S/L NUMBER: 00          JACK DATE: 040410

     AMOUNT REFERRED:          $    173.46
     PRINCIPAL BALANCE:        $    173.46
     ACCUMULATED INTEREST:     $      0.00
     OTHER CHARGES:            $      0.00
     COURT COSTS:              $      0.00
     ATTORNEY FEES:            $      0.00
     OTHER:                    $      0.00
     INTEREST:                 $      7.23

     ACC'T BAL:                $    180.69


                          PAYMENT TRANSACTION HISTORY
 TYPE    DATE      PAYMENT    PAID ON     PAID ON    PAID ON    PAID ON    PAID ON   PAID ON
                   AMOUNT    PRINCIPAL   INTEREST  OTHER CHGS  COURT COST  ATTY FEES   OTHER
 ----------------------------------------------------------------------------------------
                                 NO PAYMENTS THIS ACCOUNT


 GRAND TOTALS      59.00      59.00       0.00       0.00       0.00       0.00       0.00
```

1

**CERTIFICATE OF SERVICE**

2

I, Jennifer E. Mueller, declare:

3

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or

4

interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East,

5

Sacramento, CA 95825.

6

On November 29, 2010, I served the following document(s) on the parties in the within action:

7

**DECLARATION OF BOB KEITH IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

8

| | |
|---|---|
| 9<br>10<br>**X** | **VIA ELECTRONIC SERVICE:** The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| 11<br>12 | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| 13<br>14 | **BY HAND:** The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| 15<br>16 | **VIA FACSIMILE:** The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| 17 | **VIA OVERNIGHT SERVICE:** The above-described document(s) will be delivered by overnight service, to the following: |

18
19
20
21

| | |
|---|---|
| Ryan Lee<br>Krohn & Moss, Ltd.<br>10474 Santa Monica Boulevard<br>Suite 401<br>Los Angeles, CA 90025 | Attorneys for<br>Plaintiff Michele Jones |

22

I declare under penalty of perjury under the laws of the State of California that the foregoing is

23

a true and correct statement and that this Certificate was executed on November 29, 2010.

24
25

By: _____
Jennifer E. Mueller

26
27
28

- 6 -

DECLARATION OF BOB KEITH IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT